# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

| | |
|---|---|
| **No. 09-3042** | **September Term 2009** |
| | 1:08-cr-00010-JR-1 |
| | **Filed On: April 9, 2010** [1238972] |

United States of America,

    Appellee

    v.

Harry Phillip Zakas,

    Appellant

## O R D E R

Upon consideration of appellant's motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 34-35 (2009).

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:   /s/
        Mark A. Butler
        Deputy Clerk